UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ANTHONY HELLER,

    Plaintiff,

    v.

MARIN COUNTY PUBLIC DEFENDER'S OFFICE, et al.,

    Defendants.

Case No. 23-cv-05585-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Mark Anthony Heller raises claims against his public defenders and the Marin County Public Defender's Office for allegedly mishandling his criminal defense. (Compl., Dkt. No. 1.)  His 42 U.S.C. § 1983 complaint containing these allegations is now before me for review pursuant to 28 U.S.C. § 1915A(a).

This suit is DISMISSED because public defenders do not act under color of state law, an essential element of an action under 42 U.S.C. § 1983, when performing a lawyer's traditional functions.  *Polk County v. Dodson*, 454 U.S. 312, 318-19 (1981).  Because they do not act under color of state law, a section 1983 suit against public defenders for performing lawyerly functions cannot proceed.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:** December 1, 2023

WILLIAM H. ORRICK
United States District Judge